UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KEITH RIVERS, | Case No. 19-cv-07252-LB |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| UNIVERSITY OF THE SOUTHWEST, | |
| Defendant. | |

**INTRODUCTION AND PROCEDURAL HISTORY**

Plaintiff Keith Rivers, who is representing himself and proceeding *in forma pauperis*, sued the University of the Southwest, claiming gender discrimination.[1] The court granted his application to proceed *in forma pauperis*,[2] and authorized the U.S. Marshal to serve the amended complaint.[3]

---

[1] Compl. – ECF No. 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 5.

[3] First Am. Compl. ("FAC") – ECF No. 10; Order – ECF No. 11.

ORDER – No. 19-cv-07252-LB

1  The defendant filed a motion to dismiss on February 21, 2020.[4] The deadline for Mr. Rivers to respond was March 6, 2020. N.D. Cal. Civ. L.R. 7-3(a). He did not file an opposition or a statement of non-opposition by this deadline.[5]

On March 16, 2020, the court extended the time for Mr. Rivers to respond to March 19, 2020.[6] He did not file an opposition or a statement of non-opposition by this deadline.[7]

## ORDER TO SHOW CAUSE

The court further **ORDERS** Mr. Rivers to provide a written update to the court by **March 30, 2020**, that includes the plaintiff's position on whether he wants to pursue this lawsuit

If Mr. Rivers files anything besides a signed voluntary dismissal, then the court **ORDERS** him to appear, telephonically, at a status conference on **April 2, 2020, at 9:30 a.m.** at the below number:

> Dial In: 877-336-1839
> Access Code: 8191201#

At the hearing, Mr. Rivers must show cause (1) why this case should not be dismissed for his failure to prosecute it, and (2) why the defendant's partial motion to dismiss should not be granted. The court warns Mr. Rivers that if he fails to file the required written update by March 30, 2020 or appear by telephone at the hearing on April 2, 2020, the court may dismiss the case without further notice, with prejudice. He may also voluntarily dismiss his case by filing a one-page notice of voluntary dismissal.

**IT IS SO ORDERED.**

Dated: March 24, 2020

LAUREL BEELER
United States Magistrate Judge

---

[4] Mot. to Dismiss – ECF No. 19.
[5] *See* Docket.
[6] Order – ECF No. 23.
[7] *See* Docket.